# THE COURT OF APPEALS
# THIRD DISTRICT OF
# TEXAS

FILED
March 10, 2015
Third Court of Appeals
Jeffrey D. Kyle
Clerk

ISAAC BENAVIDEZ
( APPEALLANT )

VS

THE STATE OF TEXAS
( RESPONDENT )

APPEAL NO. 03-14-00494-CR

TRIAL NO. 15,265

### APPEALLANT's First Request For Extended Time to File APPEALLANT's Brief, And Request To Suspend T.R.A.P Rule 9.3.(b)

RECEIVED
MAR 10 2015
THIRD COURT OF APPEALS
JEFFREY D. KYLE

To the HONORABLE JUSTICE(s) OF SAID COURT :

Now comes Isaac Benavidez Proceeding Prose and indigent in above styled Cause number, respectfully requesting this Court to extend the filing deadline For an additional (90) days, thus, allowing APPeallant Pro-se to Prepare and Present a meaningful APPeal Brief For Review. In addition, APPeallant requests that Due to his indigent status, the T.R.A.P rule 9.3(b) be Suspended Persuant to T.R.A.P Rule #2. Allowing APPeallant to (only) file the original APPeal Brief instead of Rule 9.3 (b) requirements.

### In Support APPeallant would Show the Court the Following :

(1) APPeallant was advised by the Third Court of APPeals on Febuary 6. 2015 That his Pro-se response was due on (or) before March 9. 2015, in Cause No. 03-14-00494-CR.

Page 1 of ___

(2) APPeallant was also advised by appointed APPeal Counsel, that upon Cousel filing Anders brief in Cause No. 03-14-00494-CR, "that APPeallant has the right to file an APPeal Brief Pro-se.

(3) The APPeallant does not have the Skills Capable to handle this Proceeding and has furthermore required the assistance From Fellow inmates, due to the Complexity of the issues and guidelines regarding this Case and law.

(4) APPeallant is not requesting that additional time to file his APPeal Brief in order to harass Respondent. Nor delay the Process/Proceedings in this case: But For the Sole Purpose of Prepairing and Presenting a Meaningful legitimate APPeal Brief.

WHEREFORE PREMISES CONSIDERED, APPeallant asks this court to grant this Motion, extending the filing deadline For APPeals Brief an additional (90) days For Prepairation From deadline to respond (March.9.2015) or any additional time the Court would deam appropriate For an UnProfessional Pro-se APPeallant Under these Circumstances. APPeallant Asks that due to indigent Stature T.R.A.P Rule 9.3.(b) be suspended Pursuant to T.R.A.P Rule #2 allowing Petitioner to File Only two (2) Copies of the. APPeal Brief

Executed on this Day: March 6          2015

Isaac Benavidez #01945542
Mark W. STiles unit
3060 FM 3514
Beaumont, TX. 77705.

x Isaac Benavidez /Date: 3.6.2015
x Isaac Benavidez /Date: 3.6.2015

# OATH

I ISAAC BENAVIDEZ do declare under the Penalty Of Perjury Pursuant to Tex. Civ. Prac Code 132.001 and 132.003, that the Facts are true Stated here in this motion and Correct.

Executed on this date: March 6th 2015

x Isaac Benavidez
Isaac Benavidez 01945542

# CERTIFICATE OF SERVICE

I ISAAC BENAVIDEZ do declare certification that a true and Correct Copy of APPEALlants request For time extention to Prepare brief, and Request to Suspend Rule T.R.A.P 9.3.(B) was Served to the Court of APPEALs (and) The Third District of Texas, and The Honorable Bryan Goertz Criminal District attorney by U.S. Mail Postage Prepaid addressed to:

(1) Court of APPEALS
    Third District of Texas
    P.O. Box 12547
    Austin, Tx. 78711-2547.

(2) The Honorable Bryan Goertz
    Criminal District Attorney.
    804 Pecan St.
    Bastrop, Tx. 78602.

Executed this date: March 6th 2015

x Isaac Benavidez
Isaac Benavidez # 01945542
Mark W. Stiles
3060 FM 3514
Beaumont, Tx. 77705.

Isaac Benavidez #01945542
Mark W. Stiles
3060 FM 3514
Beaumont, TX. 77705

*Legal Mail*

Mailed 3.6.2015

NORTH HOUSTON TX 77...

05 MAR 2015 PM 9 L

78711254747

Court of APPEALS
Third District of Texas
P.O. Box 12547
Austin, TX 78711-2547

FOREVER